Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–16904–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Wandeir T Moraes
 96 St. Francis Street
 Apt. # 2
 Newark, NJ 07105

Social Security No.:
 xxx–xx–0967

Employer's Tax I.D. No.:

## NOTICE OF HEARING

 NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:         November 17, 2016
Time:         11:00 AM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*48* – Application for Extension of Loss Mitigation Period. Filed by Scott D. Sherman on behalf of Wandeir T Moraes. Objection deadline is 10/27/2016. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Sherman, Scott)

*50* – Objection to (related document:48 Application for Extension of Loss Mitigation Period. Filed by Scott D. Sherman on behalf of Wandeir T Moraes. Objection deadline is 10/27/2016. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Debtor Wandeir T Moraes) filed by Andrew L. Spivack on behalf of HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS–THROUGH CERTIFICATES, SERIES 2005–AR5. (Attachments: # 1 Certificate of Service) (Spivack, Andrew)

and transact such other business as may properly come before the meeting.

Dated: October 28, 2016
JJW: jf

 James J. Waldron
 Clerk