# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−16904−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wandeir T Moraes
   96 St. Francis Street
   Apt. # 2
   Newark, NJ 07105

Social Security No.:
   xxx−xx−0967

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/1/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 1, 2016
JJW: jf

James J. Waldron
Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                     Case No. 16-16904-VFP
Wandeir T Moraes                                                           Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Nov 01, 2016
                               Form ID: 148                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db             +Wandeir T Moraes,    96 St. Francis Street,    Apt. # 2,    Newark, NJ 07105-3574
cr             +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +PROBER & RAPHAEL,,    20750 Ventura Boulevard, Suite 100,     Woodland Hills,, CA 91364-6207
cr             +U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516112459      +Americas Servicing Co,    Po Box 10328,   Des Moines, IA 50306-0328
516112467      +Clerk - Superior Court of NJ,    465 MLK, Jr. Blvd.,    Newark, NJ 07102-1735
516112469      +Ctech Coll,   5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516112473      +First Revenue Assuranc,    4500 Cherry Creek Dr Ste,    Denver, CO 80246-1518
516341109       HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Default Document Processing,   N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516112479      +Northland Group,    P.O.Box 390846,   Minneapolis, MN 55439-0846
516112480      +Phelan Hallinan & Schmieg, PC,    Attn: Rosemarie Diamond,     400 Fellowship Road - Suite 100,
                 Mount Laurel, NJ 08054-3437
516112481      +Pnc Bank,   Po Box 5570,    Cleveland, OH 44101-0570
516112483      +Pressler and Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516335371       U.S. BANK NATIONAL ASSOCIATION,    c/o BANK OF AMERICA, N.A.,    PO BOX 31785,
                 TAMPA, FL 33631-3785
516334707       U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,     SECURITIES, SERIES 2005-11,
                 BANK OF AMERICA, N.A.,    PO BOX 31785,   TAMPA FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2016 23:07:38      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2016 23:07:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516112458      +EDI: AFNIRECOVERY.COM Nov 01 2016 22:43:00      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
516112460      +EDI: ACCE.COM Nov 01 2016 22:43:00      Asset Acceptance Llc,   Po Box 2036,
                 Warren, MI 48090-2036
516256168       EDI: BANKAMER.COM Nov 01 2016 22:43:00      Bank of America,   4161 Piedmont Parkway,
                 NC4-105-01-34,    Greensboro, NC 27410
516112462       EDI: BANKAMER.COM Nov 01 2016 22:43:00      Bank Of America,   4060 Ogletown/Stanton Rd,
                 Newark, DE 19713
516112461      +EDI: BANKAMER2.COM Nov 01 2016 22:43:00      Bank Of America,   Po Box 1598,
                 Norfolk, VA 23501-1598
516112463      +E-mail/Text: bankruptcy@cavps.com Nov 01 2016 23:08:00      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
516112464      +EDI: CAPITALONE.COM Nov 01 2016 22:43:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
516140339      +E-mail/Text: bankruptcy@cavps.com Nov 01 2016 23:08:00      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516112465       EDI: CHASE.COM Nov 01 2016 22:48:00      Chase Bank USA, NA,   c/o Brad Layton, Esq.,
                 JP Morgan Chase Legal Dept.,    900 US Highway 9 North - Suite 401,    Woodbridge, NJ 07095-1003
516112466      +EDI: CITICORP.COM Nov 01 2016 22:43:00      Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516112468      +EDI: BANKAMER.COM Nov 01 2016 22:43:00      Countrywide Home Lending,
                 Attention: Bankruptcy SV-314B,    Po Box 5170,   Simi Valley, CA 93062-5170
516112470      +EDI: DISCOVER.COM Nov 01 2016 22:43:00      Discover Fin Svcs Llc,   Po Box15316,
                 Wilmington, DE 19850-5316
516112471      +E-mail/Text: bknotice@erccollections.com Nov 01 2016 23:07:41      Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516112472      +E-mail/Text: bknotice@erccollections.com Nov 01 2016 23:07:41      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516112474       EDI: HFC.COM Nov 01 2016 22:43:00      Household Bank / Rhodes Furniture,    Po Box 15522,
                 Wilmington, DE 19850
516112475      +EDI: RMSC.COM Nov 01 2016 22:43:00      Lowes / MBGA,   Attention: Bankruptcy Department,
                 Po Box 103106,    Roswell, GA 30076-9106
516112476      +EDI: RESURGENT.COM Nov 01 2016 22:48:00      Lvnv Funding Llc,   Po Box 740281,
                 Houston, TX 77274-0281
516112477      +EDI: MID8.COM Nov 01 2016 22:43:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
516112478      +E-mail/PDF: bankruptcy@ncfsi.com Nov 01 2016 23:04:27      New Century Financial,
                 110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
516112482       EDI: PRA.COM Nov 01 2016 22:43:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
516112486       E-mail/Text: bankruptcy@senexco.com Nov 01 2016 23:06:34      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
516112484      +EDI: SEARS.COM Nov 01 2016 22:43:00      Sears/cbsd,   Po Box 6189,    Sioux Falls, SD 57117-6189
516112487      +EDI: VERIZONEAST.COM Nov 01 2016 22:43:00      Verizon,   500 Technology Dr,   Ste 550,
                 Weldon Spring, MO 63304-2225
516112488       EDI: WACHOVIA.COM Nov 01 2016 22:43:00      Wach/rec,   P O Box 3117,    Winston Salem, NC 27102
                                                                                               TOTAL: 26
```

```
District/off: 0312-2            User: admin                    Page 2 of 2                  Date Rcvd: Nov 01, 2016
                                Form ID: 148                   Total Noticed: 41
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516112485     ##+Security Check Llc,   2612 Jackson Ave W,   Oxford, MS 38655-5405
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE
               TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
               THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
               FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
               nj.bkecf@fedphe.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
               TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2005-AR5 nj.bkecf@fedphe.com
              Scott D. Sherman    on behalf of Debtor Wandeir T Moraes ssherman@minionsherman.com
                                                                                             TOTAL: 7