Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−16904−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wandeir T Moraes
   96 St. Francis Street
   Apt. # 2
   Newark, NJ 07105

Social Security No.:
   xxx−xx−0967

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 1, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 54 – 49
Order Dismissing Case for Debtor (related document:49 Order (Generic)). re: Debtor's failure to comply with the order entered on 10/12/2016. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/1/2016. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 1, 2016
JJW: jf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-16904-VFP
Wandeir T Moraes                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1                  Date Rcvd: Nov 01, 2016
                              Form ID: orderntc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db           +Wandeir T Moraes,    96 St. Francis Street,    Apt. # 2,    Newark, NJ 07105-3574
cr           +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +PROBER & RAPHAEL,,    20750 Ventura Boulevard, Suite 100,    Woodland Hills,, CA 91364-6207
cr           +U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
     Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
      NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
      nj.bkecf@fedphe.com
     Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE
      TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     John Philip Schneider    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
      THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 nj.bkecf@fedphe.com
     John Philip Schneider    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
      FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
      nj.bkecf@fedphe.com
     Marie-Ann Greenberg     magecf@magtrustee.com
     Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
      TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
      2005-AR5 nj.bkecf@fedphe.com
     Scott D. Sherman    on behalf of Debtor Wandeir T Moraes ssherman@minionsherman.com
                                                                                                                                                           TOTAL: 7