UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
**Chapter 13 Standing Trustee**

IN RE:

    WANDEIR T MORAES

Order Filed on November 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-16904 VFP

Chapter:    13

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 1, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 16-16904

Caption of Order:   Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 10/12/2016 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-16904-VFP
Wandeir T Moraes                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 1                    Date Rcvd: Nov 01, 2016
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db             +Wandeir T Moraes,    96 St. Francis Street,    Apt. # 2,    Newark, NJ 07105-3574

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
       NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
       nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE
       TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      John Philip Schneider    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
       THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 nj.bkecf@fedphe.com
      John Philip Schneider    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
       FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
       nj.bkecf@fedphe.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
       TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
       2005-AR5 nj.bkecf@fedphe.com
      Scott D. Sherman    on behalf of Debtor Wandeir T Moraes ssherman@minionsherman.com
                                                                                                                   TOTAL: 7