Caption in Compliance with D.N.J. LBR 9004-1(b)
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MINION & SHERMAN**
**BY:  Scott D. Sherman**
**33 Clinton Road - Suite 105**
**West Caldwell, New Jersey 07006**
**(973) 882-2424**
**Attorneys for  Debtor,  Wandier Moraes**

Order Filed on December 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WANDEIR MORAES,

          DEBTOR(S)

Case No.: 16-16904 VFP

Adv. No.:

Hearing Date: 12/1/2016

Judge: PAPALIA

Recommended Local Form:    x  Followed    ☐  Modified

### ORDER REINSTATING CASE

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: **Wandier Moraes**, Debtor(s)
Case no.: 16-16904 VFP
Caption of order: Order Reinstating Case

_____

This matter having been presented to the Court by Debtor, through his attorneys, Minion & Sherman and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.*

```
*provided that counsel for America's Servicing Company shall be provided
with immediate telephone and email notice of entry of this Order.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Wandeir T Moraes  
       Debtor

Case No. 16-16904-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 05, 2016  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db          +Wandeir T Moraes,    96 St. Francis Street,    Apt. # 2,    Newark, NJ 07105-3574

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
           Andrew L. Spivack     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5 nj.bkecf@fedphe.com  
           Denise E. Carlon     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           John Philip Schneider     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 nj.bkecf@fedphe.com  
           John Philip Schneider     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5 nj.bkecf@fedphe.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Michael Frederick Dingerdissen     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5 nj.bkecf@fedphe.com  
           Scott D. Sherman     on behalf of Debtor Wandeir T Moraes ssherman@minionsherman.com  
                                                                                                           TOTAL: 7