| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 22, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    WANDEIR T MORAES | Case No.:  16-16904 VFP<br><br>Hearing Date:  2/16/2017 |

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 22, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): WANDEIR T MORAES

Case No.: 16-16904

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

THIS MATTER having come before the Court on 02/16/2017 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 3/2/2017 or the case will be dismissed; and it is further

- ORDERED, that the Motion will be adjourned to 3/16/2017 at 11:00 am.