Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 16−16904−VFP
            Chapter: 13
            Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Wandeir T Moraes
 96 St. Francis Street
 Apt. # 2
 Newark, NJ 07105

Social Security No.:
 xxx−xx−0967

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

 NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:  4/20/17
Time:  02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

 The following applications for compensation have been filed:

APPLICANT(S)
Scott D. Sherman
Debtor's Attorney

COMMISSION OR FEES
$1,800.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

 In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 17, 2017
JAN:

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 16-16904-VFP
Wandeir T Moraes                                                 Chapter 13
        Debtor               CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin               Page 1 of 2        Date Rcvd: Mar 17, 2017
                            Form ID: 137              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db            +Wandeir T Moraes,   96 St. Francis Street,   Apt. # 2,   Newark, NJ 07105-3574
cr            +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +PROBER & RAPHAEL,,    20750 Ventura Boulevard, Suite 100,    Woodland Hills,, CA 91364-6207
cr            +U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516112459     +Americas Servicing Co,    Po Box 10328,   Des Moines, IA 50306-0328
516256168     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,     4161 Piedmont Parkway,   NC4-105-01-34,
               Greensboro, NC 27410)
516112462      Bank Of America,   4060 Ogletown/Stanton Rd,    Newark, DE 19713
516112464     +Capital 1 Bank,   Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
516112465      Chase Bank USA, NA,    c/o Brad Layton, Esq.,   JP Morgan Chase Legal Dept.,
               900 US Highway 9 North - Suite 401,    Woodbridge, NJ 07095-1003
516112466     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
516112467     +Clerk - Superior Court of NJ,    465 MLK, Jr. Blvd.,   Newark, NJ 07102-1735
516112468     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,   Po Box 5170,
               Simi Valley, CA 93062-5170
516112469     +Ctech Coll,   5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516112473     +First Revenue Assuranc,    4500 Cherry Creek Dr Ste,   Denver, CO 80246-1518
516112474     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Household Bank / Rhodes Furniture,     Po Box 15522,
               Wilmington, DE 19850)
516341109      HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Default Document Processing,    N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN 55121-7700
516112479     +Northland Group,   P.O.Box 390846,    Minneapolis, MN 55439-0846
516112480     +Phelan Hallinan & Schmieg, PC,    Attn: Rosemarie Diamond,   400 Fellowship Road - Suite 100,
               Mount Laurel, NJ 08054-3437
516112481     +Pnc Bank,   Po Box 5570,   Cleveland, OH 44101-0570
516112483     +Pressler and Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516112484     +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
516335371      U.S. BANK NATIONAL ASSOCIATION,    c/o BANK OF AMERICA, N.A.,    PO BOX 31785,
               TAMPA, FL 33631-3785
516334707      U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,    SECURITIES, SERIES 2005-11,
               BANK OF AMERICA, N.A.,    PO BOX 31785,   TAMPA FL 33631-3785
516112487     +Verizon,   500 Technology Dr,   Ste 550,    Weldon Spring, MO 63304-2225
516112488     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
              (address filed with court: Wach/rec,    P O Box 3117,   Winston Salem, NC 27102)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2017 22:37:33      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2017 22:37:31      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516112458     +E-mail/Text: EBNProcessing@afni.com Mar 17 2017 22:37:36      Afni, Inc.,   Po Box 3097,
               Bloomington, IL 61702-3097
516112460     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 17 2017 22:37:29      Asset Acceptance Llc,
               Po Box 2036,   Warren, MI 48090-2036
516112463     +E-mail/Text: bankruptcy@cavps.com Mar 17 2017 22:37:44      Calvary Portfolio Services,
               Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
516140339     +E-mail/Text: bankruptcy@cavps.com Mar 17 2017 22:37:44      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516112470     +E-mail/Text: mrdiscen@discover.com Mar 17 2017 22:37:13      Discover Fin Svcs Llc,
               Po Box15316,   Wilmington, DE 19850-5316
516112471     +E-mail/Text: bknotice@erccollections.com Mar 17 2017 22:37:35      Enhanced Recovery Corp,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516112472     +E-mail/Text: bknotice@erccollections.com Mar 17 2017 22:37:35      Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516112475     +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2017 22:36:19      Lowes / MBGA,
               Attention: Bankruptcy Department,    Po Box 103106,   Roswell, GA 30076-9106
516112476     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2017 22:36:21      Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
516112477     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2017 22:37:30      Midland Funding,
               8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
516112478     +E-mail/PDF: bankruptcy@ncfsi.com Mar 17 2017 22:36:20      New Century Financial,
               110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
516112482      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2017 22:42:33
               Portfolio Recovery,   Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
516112486      E-mail/Text: bankruptcy@senexco.com Mar 17 2017 22:37:11      Senex Services Corp,
               333 Founds Rd,   Indianapolis, IN 46268
                                                                                              TOTAL: 15
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Mar 17, 2017
                              Form ID: 137             Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516112461    ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
516112485    ##+Security Check Llc,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
           Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
            NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
            nj.bkecf@fedphe.com
           Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE
            TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           John Philip Schneider    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
            THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 nj.bkecf@fedphe.com
           John Philip Schneider    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
            FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
            nj.bkecf@fedphe.com
           Marie-Ann  Greenberg    magecf@magtrustee.com
           Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
            TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
            2005-AR5 nj.bkecf@fedphe.com
           Scott D. Sherman    on behalf of Debtor Wandeir T Moraes ssherman@minionsherman.com
                                                                                             TOTAL: 7
```