Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 16–16904–VFP
      Chapter: 13
      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wandeir T Moraes
   96 St. Francis Street
   Apt. # 2
   Newark, NJ 07105

Social Security No.:
   xxx–xx–0967

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/4/17 at 11:00 AM

to consider and act upon the following:

*74* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 4/5/2017. (Attachments: # 1 Proposed Order) (Greenberg, Marie–Ann)

*79* – Certification in Opposition to (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 4/5/2017. (Attachments: # 1 Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by Scott D. Sherman on behalf of Wandeir T Moraes. (Sherman, Scott)

Dated: 4/6/17

            Jeanne Naughton
            Clerk, U.S. Bankruptcy Court