Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−16904−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Wandeir T Moraes
    96 St. Francis Street
    Apt. # 2
    Newark, NJ 07105

Social Security No.:
    xxx−xx−0967

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/4/17 at 11:00 AM

to consider and act upon the following:

*74* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/5/2017. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*79* − Certification in Opposition to (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/5/2017. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Wandeir T Moraes. (Sherman, Scott)

Dated: 4/6/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-16904-VFP
Wandeir T Moraes                                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 06, 2017
                             Form ID: ntchrgbk         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db            +Wandeir T Moraes,   96 St. Francis Street,   Apt. # 2,   Newark, NJ 07105-3574
cr            +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +PROBER & RAPHAEL,,   20750 Ventura Boulevard, Suite 100,   Woodland Hills,, CA 91364-6207
cr            +U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
         Andrew L. Spivack   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
          NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
          nj.bkecf@fedphe.com
         Denise E. Carlon   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE
          TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John Philip Schneider   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
          THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 nj.bkecf@fedphe.com
         John Philip Schneider   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
          FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
          nj.bkecf@fedphe.com
         Marie-Ann  Greenberg   magecf@magtrustee.com
         Michael Frederick Dingerdissen   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
          TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
          2005-AR5 nj.bkecf@fedphe.com
         Scott D. Sherman   on behalf of Debtor Wandeir T Moraes ssherman@minionsherman.com
                                                                                    TOTAL: 7