UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

**Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WANDEIR MORAES,

              DEBTORS

Case No.: _____16-16904_____

Chapter:         13

Judge: _____PAPALIA_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 26, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____SCOTT D. SHERMAN, ESQ._____, the applicant, is allowed a fee of $ _____1,800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,800.00_____ . The allowance shall be payable:

☒      through the Chapter 13 plan as an administrative priority.

❑      outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*