# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−16904−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wandeir T Moraes
96 St. Francis Street
Apt. # 2
Newark, NJ 07105

Social Security No.:
xxx−xx−0967

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/9/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 10, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Wandeir T Moraes  
    Debtor

Case No. 16-16904-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 10, 2017  
                Form ID: 148     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.

```
db          +Wandeir T Moraes,    96 St. Francis Street,    Apt. # 2,    Newark, NJ 07105-3574
cr          +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +PROBER & RAPHAEL,,    20750 Ventura Boulevard, Suite 100,    Woodland Hills,, CA 91364-6207
cr          +U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516112459   +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
516112467   +Clerk - Superior Court of NJ,    465 MLK, Jr. Blvd.,    Newark, NJ 07102-1735
516112469   +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516112473   +First Revenue Assuranc,    4500 Cherry Creek Dr Ste,    Denver, CO 80246-1531
516341109    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Default Document Processing,    N9286-01Y,
              1000 Blue Gentian Road,    Eagan, MN 55121-7700
516112479   +Northland Group,    P.O.Box 390846,    Minneapolis, MN 55439-0846
516112480   +Phelan Hallinan & Schmieg, PC,    Attn: Rosemarie Diamond,    400 Fellowship Road - Suite 100,
              Mount Laurel, NJ 08054-3437
516112481   +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
516112483   +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516334707    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF,    SECURITIES, SERIES 2005-11,
              BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA FL 33631-3785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516112458   +EDI: AFNIRECOVERY.COM May 10 2017 22:18:00      Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
516112460   +EDI: ACCE.COM May 10 2017 22:18:00      Asset Acceptance Llc,    Po Box 2036,
               Warren, MI 48090-2036
516256168    EDI: BANKAMER.COM May 10 2017 22:18:00      Bank of America,    4161 Piedmont Parkway,
               NC4-105-01-34,    Greensboro, NC 27410
516112462    EDI: BANKAMER.COM May 10 2017 22:18:00      Bank Of America,    4060 Ogletown/Stanton Rd,
               Newark, DE 19713
516112461   +EDI: BANKAMER2.COM May 10 2017 22:18:00      Bank Of America,    Po Box 1598,
               Norfolk, VA 23501-1598
516112463   +E-mail/Text: bankruptcy@cavps.com May 10 2017 22:31:41      Calvary Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
516112464   +EDI: CAPITALONE.COM May 10 2017 22:18:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
516140339   +E-mail/Text: bankruptcy@cavps.com May 10 2017 22:31:41      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516112465    EDI: CHASE.COM May 10 2017 22:18:00      Chase Bank USA, NA,    c/o Brad Layton, Esq.,
               JP Morgan Chase Legal Dept.,    900 US Highway 9 North - Suite 401,    Woodbridge, NJ 07095-1003
516112466   +EDI: CITICORP.COM May 10 2017 22:18:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516112468   +EDI: BANKAMER.COM May 10 2017 22:18:00      Countrywide Home Lending,
               Attention: Bankruptcy SV-314B,    Po Box 5170,    Simi Valley, CA 93062-5170
516112470   +EDI: DISCOVER.COM May 10 2017 22:18:00      Discover Fin Svcs Llc,    Po Box15316,
               Wilmington, DE 19850-5316
516112471   +E-mail/Text: bknotice@erccollections.com May 10 2017 22:31:26      Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516112472   +E-mail/Text: bknotice@erccollections.com May 10 2017 22:31:26      Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516112474    EDI: HFC.COM May 10 2017 22:18:00      Household Bank / Rhodes Furniture,    Po Box 15522,
               Wilmington, DE 19850
516112475   +EDI: RMSC.COM May 10 2017 22:18:00      Lowes / MBGA,    Attention: Bankruptcy Department,
               Po Box 103106,    Roswell, GA 30076-9106
516112476   +EDI: RESURGENT.COM May 10 2017 22:18:00      Lvnv Funding Llc,    Po Box 740281,
               Houston, TX 77274-0281
516112477   +EDI: MID8.COM May 10 2017 22:18:00      Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
516112478   +E-mail/PDF: bankruptcy@ncfsi.com May 10 2017 22:37:47      New Century Financial,
               110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
516112482    EDI: PRA.COM May 10 2017 22:18:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
               Norfolk, VA 23541
516112486    E-mail/Text: bankruptcy@senexco.com May 10 2017 22:30:41      Senex Services Corp,
               333 Founds Rd,    Indianapolis, IN 46268
516112484   +EDI: SEARS.COM May 10 2017 22:18:00      Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
516335371    EDI: BANKAMER.COM May 10 2017 22:18:00     U.S. BANK NATIONAL ASSOCIATION,
               c/o BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL 33631-3785
516112487   +EDI: VERIZONEAST.COM May 10 2017 22:19:00      Verizon,    500 Technology Dr,    Ste 550,
               Weldon Spring, MO 63304-2225
516112488    EDI: WACHOVIA.COM May 10 2017 22:18:00      Wach/rec,    P O Box 3117,    Winston Salem, NC 27102
                                                                                              TOTAL: 27
```

```
District/off: 0312-2           User: admin                Page 2 of 2                  Date Rcvd: May 10, 2017
                               Form ID: 148               Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516112485      ##+Security Check Llc,   2612 Jackson Ave W,   Oxford, MS 38655-5405
                                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF THE
               TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION FOR THE HOLDERS OF
               THE TERWIN MORTGAGE TRUST 2005-11, ASSET-BACKED SECURITIES, SERIES 2005-11 nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
               FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5
               nj.bkecf@fedphe.com
              Marie-Ann   Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
               TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2005-AR5 nj.bkecf@fedphe.com
              Scott D. Sherman    on behalf of Debtor Wandeir T Moraes ssherman@minionsherman.com
                                                                                                TOTAL: 7
```